

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2016

No. 04-16-00336-CV

**IN THE INTEREST OF M.S.M., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02012
Honorable Richard Garcia, Judge Presiding

# O R D E R

    The Appellee's motion for extension of time to file brief is hereby GRANTED.  Time is extended to September 19, 2016.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court